**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jack Jason Gustave,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Tom Sheahan; Captain Brown; Frank Brown; Oscar; Porterfield; Gandy; Phillips; Pickering; Jeff Hein, R. N.; Linda Kabolnski, R.N.; Margarette Saltsgiver; Wayne Burton; Suzann Henson; Anita Adamson; Michael D. Mastakas; Pashano; Hammontey; McCuen,<br><br>　　　　Defendants. | No. CV-04-781-PCT-JWS (LOA)<br><br>**ORDER SECURING ATTENDANCE OF PRISONER AT SETTLEMENT CONFERENCE** |

**IT IS ORDERED** that Nick Williams Carson, Warden of the Arizona State Prison Complex - East Unit in Florence, Arizona, provide transportation for, Jack Jason Gustave, Inmate #132318, to secure his appearance before Magistrate Judge Lawrence O. Anderson, Courtroom 302, Sandra Day O'Connor U. S. Courthouse, 401 West Washington, Phoenix, Arizona on **Thursday, February 22, 2007, at 2:00 p.m.** for the purposes of a Settlement Conference.  Said Settlement Conference is scheduled for 1 ½ hours **or until concluded.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send a certified copy of this Order to Warden Nick Williams Carson, **Attention: Brenda Smith**, **Correction Records Supervisor II**, Arizona State Prison Complex, Transportation Services, P. O. Box 629, Florence, Arizona 85232.

**IT IS FURTHER ORDERED** that the undersigned's chambers shall fax a courtesy copy of this Order to Brenda Smith, Correction Records Supervisor, II, at (520) 868-4581 who is responsible for the arrangement of Plaintiff's transportation.

DATED this 5th day of January, 2007.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge